955 A.2d 1013

**Clifford L. STEINER and Bonnie J. Steiner, Respondents**

v.

**John F. MARKEL, Esquire and Nikolaus & Hohenadel, LLP, Petitioners.**

Supreme Court of Pennsylvania.

Aug. 28, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of August, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Was it reversible legal error for the Superior Court to *sua sponte* raise the issue of whether a complaint contained a particular cause of action when that cause of action was never previously asserted before the trial court or on appeal?